IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN PATRICK NASH AND JILL JEANNETTE NASH,<br><br>                 Debtors. | ) Bankruptcy Case No. 12-51214<br>) Chapter 7<br>)<br>)<br>)<br>) |

**TRUSTEE'S MOTION FOR TURNOVER AGAINST DEBTORS**

Barrett L. Crawford, Trustee for the bankruptcy estate of Steven Patrick Nash and Jill Jeannette Nash, respectfully moves the Court for an Order for turnover against the Debtors pursuant Bankruptcy Code Section 542 and says in support thereof:.

1. On December 20, 2012, the Debtors filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Western District of North Carolina; Bankruptcy Case No. 12-51214.

2. The Trustee is the duly appointed and acting Chapter 7 Trustee in the above captioned bankruptcy case.

3. On January 22, 2013 , during the first meeting of creditors the Trustee requested the following documents from the Debtors:

    a. 2012 tax returns, both State and Federal.

4. The Debtors have failed to provide the above documents to the Trustee.

5. The documents are necessary for the proper administration of the bankruptcy estate.

6. On December 3, 2013, the Trustee followed up with Debtor's counsel by email to obtain the requested documents.

7. On December 17, 2013, the Trustee followed up with Debtor's counsel by email to obtain the requested documents.

8. On January 3, 2014, the Trustee followed up with Debtor's counsel by email to obtain the requested documents.

9. At the time of this motion the Trustee has still not received the requested documents.

10. The Trustee requests that the Debtors be ordered to turnover to him the above documents within 10 days of the entry of an order for turnover

11. The Trustee further requests that sanctions be entered against the Debtors in the sum of $500.00 to reimburse the estate for the expenses of this motion.

WHEREFORE, the Trustee prays that the Court enter an order for turnover as set forth above, that it enter sanctions against the Debtors in the amount of $500.00 and that he have such other and further relief as the Court deems just and proper.

DATED this 31st day of January, 2014.

/s/ John W. Taylor_____
John W. Taylor, Bar No. 21378
Jessica V. Shaddock, Bar No. 41578
Attorneys for Trustee
4600 Park Road, Suite 420
Charlotte, NC  28209
Telephone:  (704) 540-3622
Facsimile:  (704) 540-3622

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have served a copy of the TRUSTEE'S MOTION FOR TURNOVER AGAINST DEBTORS and NOTICE OF HEARING (HEARING SCHEDULED), by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the below listed parties this 31st day of January, 2014.

| | |
|---|---|
| James B. Mallory III, Attorney for Debtors | Via Electronic Case Filing |
| Linda Simpson, Bankruptcy Administrator | Linda W. Simpson<br>Bankruptcy Administrator<br>402 W. Trade Street, Suite 200<br>Charlotte, NC  28202 |

<u>/s/ John W. Taylor</u>
John W. Taylor, Bar No. 21378
Jessica V. Shaddock, Bar No. 41578
Attorneys for the Trustee
John W. Taylor, P.C.
4600 Park Road, Suite 420
Charlotte, NC  28209; (704) 540-3622